UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-505 JGB (KKx)** | Date | July 19, 2018 |
| Title | *Mark E. Phillips v. Melissa Rae Jackson, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

None Present                                                            None Present

**Proceedings:**   Order to Show Cause Regarding Service of Process (IN CHAMBERS)

     On March 13, 2018, Plaintiff Mark D. Phillips ("Plaintiff"), proceeding pro se, filed a complaint against Melissa Rae Jackson and Blink Innovation, LLC (collectively, "Defendants") alleging ten causes of action: (1) violation of Computer Fraud and Abuse Act (18 U.S.C. § 1030); (2) invasion of privacy (Cal. Penal Code § 632); (3) breach of fiduciary duty; (4) fraud in the inducement; (5) threat of extortion; (6) conversion; (7) defamation; (8) extortion; (9) fraud; and (10) libel per se. ("Complaint," Dkt. No. 1.)

     The Court has not received proof of service to Defendants and is unsure whether Plaintiff has complied with the proper procedure for service. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, "if a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own motion after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specific time." Fed. R. Civ. P. 4(m). Since Plaintiff filed his Complaint on March 13, 2018, he had until June 11, 2018 to serve Defendants. See id.

     For ease of reference, Federal Rule of Civil Procedure 4(e) provides instruction for service on an individual.
          Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:

    (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

    (2) doing any of the following:

        (A) delivering a copy of the summons and of the complaint to the individual personally;

        (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

        (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e).

    Federal Rule of Civil Procedure 4(h) provides instruction for service on a corporation.

    Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:

    (1) in a judicial district of the United States

        (A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or

        (B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statue and the statue so requires—by also mailing a copy of each to the defendant; or

    (2) at a place not within any judicial district of the United States, in any manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(c)(i).

Fed. R. Civ. P. 4(h).

    Accordingly, the Court ORDERS, Plaintiff to show cause in writing **no later than August 2, 2018**, as to why this action should not be dismissed for failure to effect proper service. Failure to respond to this ORDER, or an inadequate response, will result in the dismissal of the action.

    **IT IS SO ORDERED.**